| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Chatigny, Robert N. | 2. Court or Organization<br><br>U.S. District of Connecticut | 3. Date of Report<br><br>05/04/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>450 Main Street<br>Hartford, CT 06103 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Secretary and Director | ████████████ |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Chatigny_Robert_N

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N. | 05/04/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2008 | ████████ Teacher |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N. | 05/04/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N. | 05/04/2009 |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N. | 05/04/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Checking Acct. | A | Interest | J | T | | | | | |
| 2. ████████ | | None | K | W | | | | | |
| 3. ████ | | None | J | W | | | | | |
| 4. Vanguard Windsor II Fund SEP IRA | A | Dividend | J | T | | | | | |
| 5. Vanguard International Group Fund SEP IRA | A | Dividend | J | T | | | | | |
| 6. Vanguard Windsor II Fund IRA | A | Dividend | J | T | | | | | |
| 7. Vanguard International Growth Fund IRA | A | Dividend | J | T | | | | | |
| 8. IRA Rollover - Cash | A | Interest | J | T | | | | | |
| 9. Bernstein Intermediate Duration Portfolios | D | Dividend | M | T | Buy (add'l) | 12/9 | J | | |
| 10. Stock - American Electric Power Co. Inc. | | None | | | Sold | 1/4 | J | A | |
| 11. Bernstein International Value Portfolio II | B | Dividend | L | T | | | | | |
| 12. Bank of America Corp. | A | Dividend | J | T | Sold (part) | 1/4 | J | A | |
| 13. Bernstein Diversified Municipal Portfolio | B | Dividend | K | T | Sold (part) | 6/23 | K | B | |
| 14. | | | | | Sold (part) | 7/30 | K | B | |
| 15. | | | | | Sold | 12/19 | K | B | |
| 16. Stock - FNMA | | None | | | Sold | 1/4 | J | A | |
| 17. Bernstein Custodian Cash | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N. | 05/04/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Bernstein International Value Portfolio (Y) | | | | | | | | | |
| 19. Horse - 15% Ownership | | None | J | W | | | | | |
| 20. Bernstein Tax Manages International Value Portfolio (Y) | | | | | | | | | |
| 21. Bernstein Short Dur DVSD Municipal Portfolio | A | Dividend | K | T | | | | | |
| 22. Bernstein Short Dur DVSD Municipal Portfolio | A | Dividend | J | T | | | | | |
| 23. Wisconsin Energy Corp. | A | Dividend | J | T | | | | | |
| 24. Tech Data Corp. | | None | | | Sold | 1/4 | J | A | |
| 25. Bernstein Tax Managed International Portfolio (Y) | | | | | | | | | |
| 26. Bank of America Checking Acct | | None | J | T | | | | | |
| 27. Stock - Conoco Phillips | A | Dividend | J | T | Buy (add'l) | 1/23 | J | | |
| 28. Stock - Conoco Phillips (Y) | | | | | | | | | |
| 29. ▮▮▮▮ Bank - Checking Account | A | Interest | J | T | | | | | |
| 30. Stock - Constellation Energy | A | Dividend | | | Sold (part) | 3/31 | J | A | |
| 31. | | | | | Sold | 4/1 | J | A | |
| 32. Stock - Entergy Corp. | | None | | | Sold | 1/4 | J | A | |
| 33. Stock - FNMA | A | Dividend | | | Sold | 9/17 | J | A | |
| 34. Stock - Travelers Companies | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N. | 05/04/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Stock - Sprint Nextel Corp. | | None | J | T | Buy (add'l) | 4/11 | J | | |
| 36. Stock - Renaissancere Holdings | | None | | | Sold | 1/4 | J | A | |
| 37. Stock - Citigroup Inc. | A | Dividend | J | T | Buy (add'l) | 1/30 | J | | |
| 38. | | | | | Buy (add'l) | 2/7 | J | | |
| 39. | | | | | Buy (add'l) | 9/22 | J | | |
| 40. Stock - Entergy Corp. | | None | | | Sold | 1/29 | J | A | |
| 41. Stock - Kroger | A | Dividend | J | T | | | | | |
| 42. Stock - General Electric | A | Dividend | J | T | Sold (part) | 6/19 | J | A | |
| 43. | | | | | Sold (part) | 12/19 | J | A | |
| 44. Stock - Flextronics International | | None | | | Sold | 8/20 | J | A | |
| 45. Stock - Sanmina Corp. | | None | J | T | | | | | |
| 46. Stock - BP PLC | A | Dividend | J | T | Buy (add'l) | 2/4 | J | | |
| 47. Stock - Federal Home Loan Mortgage | A | Dividend | | | Sold | 9/1 | J | A | |
| 48. Stock - Travelers Companies Inc. | | None | | | Sold | 1/4 | J | A | |
| 49. Stock - Citigroup | | None | | | Sold | 1/4 | J | A | |
| 50. Stock - Sprint Nextel Corp. | | None | | | Sold | 1/4 | J | A | |
| 51. Stock - General Electric | A | Dividend | | | Sold | 1/4 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N. | 05/04/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  Stock - Flextronics International | | None | | | Sold | 1/4 | J | A | |
| 53.  Stock - BP PLC (Y) | | | | | | | | | |
| 54.  Stock - JP Morgan Chase & Co. | A | Dividend | J | T | Sold (part) | 9/19 | J | A | |
| 55.  Stock - Microsoft Corp. | | None | | | Sold | 1/16 | J | A | |
| 56.  Stock - Chevron Corp. | A | Dividend | J | T | | | | | |
| 57.  Stock - Federal Home Loan Mortgage | | None | | | Sold | 1/4 | J | A | |
| 58.  Stock - Goldman Sachs Group (Y) | | | | | | | | | |
| 59.  Stock - Amer International Group | A | Dividend | J | T | Buy (add'l) | 2/12 | J | | |
| 60. | | | | | Buy (add'l) | 4/21 | J | | |
| 61.  Stock - Hartford Financial Services | A | Dividend | J | T | | | | | |
| 62.  Stock - JP Morgan Chase & Co. | A | Dividend | | | Sold | 1/4 | J | A | |
| 63.  Stock - Time Warner Inc. | A | Dividend | J | T | Buy (add'l) | 9/26 | J | | |
| 64.  Stock - Borg Warner | A | Dividend | | | Sold | 2/11 | J | A | |
| 65.  Stock - Office Depot | | None | | | Sold | 5/1 | J | A | |
| 66.  Stock - Microsoft Corp. | | None | | | Sold | 1/4 | J | A | |
| 67.  Stock - ChevronTexaco (Y) | | | | | | | | | |
| 68.  Stock - Merrill Lynch Co. Inc. | A | Dividend | | | Sold | 6/5 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N. | 05/04/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Stock - Eli Lilly & Co. (Y) | | | | | | | | | |
| 70. Stock - Northrup Corp. (Y) | | | | | | | | | |
| 71. Stock - Exxon Mobil Corp. | A | Dividend | J | T | | | | | |
| 72. Stock - Merrill Lynch & Co. Inc. | | None | | | Sold | 1/4 | J | A | |
| 73. Stock - Genworth Financial Inc. | A | Dividend | J | T | | | | | |
| 74. Stock - Merck & Co. Inc. (Y) | | | | | | | | | |
| 75. Stock - Clorox Company | A | Dividend | | | Sold | 1/4 | J | A | |
| 76. Stock - Northrop Corp. | A | Dividend | | | Sold (part) | 3/19 | J | A | |
| 77. | | | | | Sold | 8/22 | J | A | |
| 78. Stock - Exxon Mobil Corp. (Y) | | | | | | | | | |
| 79. Stock - XL Capital | A | Dividend | J | T | | | | | |
| 80. Stock - Goldman Sachs Group | A | Dividend | J | T | | | | | |
| 81. Stock - Genworth Financial | | None | | | Sold | 1/4 | J | A | |
| 82. Stock - Amer International Group (Y) | | | | | | | | | |
| 83. Stock - AT&T Inc. | A | Dividend | J | T | | | | | |
| 84. Stock - Verizon Communications | A | Dividend | J | T | Sold (part) | 9/15 | J | A | |
| 85. Stock - CBS Corp. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N. | 05/04/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Stock - Merck & Co. | A | Dividend | J | T | Buy (add'l) | 6/19 | J | | |
| 87. Stock - Pfizer Inc. | A | Dividend | J | T | | | | | |
| 88. Stock - Sara Lee Corp. | A | Dividend | | | Sold | 2/14 | J | A | |
| 89. Stock - XL Capital | | None | | | Sold | 1/4 | J | A | |
| 90. Stock - MBIA Inc. | A | Dividend | | | Sold | 1/4 | J | A | |
| 91. Stock - AT&T Inc. | | None | | | Sold | 1/4 | J | A | |
| 92. Stock - Verizon Communication | A | Dividend | J | T | Buy (add'l) | 4/28 | J | | |
| 93. Stock - CBS Corp. | A | Dividend | | | Sold | 1/4 | J | A | |
| 94. Stock - Pfizer Inc. | | None | | | Sold | 1/4 | J | A | |
| 95. Stock - Amerisourcebergen Corp. | A | Dividend | | | Sold | 8/12 | J | A | |
| 96. Stock - Sara Lee Corp. | A | Dividend | | | Sold | 1/4 | J | A | |
| 97. Stock - Black & Decker Corp. | A | Dividend | J | T | | | | | |
| 98. Stock - Arcelor Mittal | A | Dividend | | | Sold | 3/18 | J | A | |
| 99. Stock - Ingersoll Rand Co. | | None | | | Sold | 1/19 | J | A | |
| 100. Stock - SPX Corp. | A | Dividend | | | Sold | 4/1 | J | A | |
| 101. Stock - Eaton Corp. | A | Dividend | | | Sold | 2/19 | J | A | |
| 102. Stock - Nokia Corp. | A | Dividend | J | T | Sold (part) | 2/1 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N. | 05/04/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Stock - Goldman Sachs | | None | | | Sold | 1/4 | J | A | |
| 104. Stock - Nokia Corp | | None | | | Sold | 1/4 | J | A | |
| 105. Stock - Marathon Oil (Y) | | | | | | | | | |
| 106. Stock - Marathon Oil (Y) | | | | | | | | | |
| 107. Stock - KB Home | A | Dividend | | | Sold | 12/17 | J | A | |
| 108. Stock - Allstate Corp. | A | Dividend | J | T | | | | | |
| 109. Stock - Deutsche Bank | A | Dividend | J | T | Buy (add'l) | 2/13 | J | | |
| 110. Stock - Fidelity National | A | Dividend | J | T | | | | | |
| 111. Stock - Morgan Stanley | A | Dividend | J | T | | | | | |
| 112. Stock - Constellation Energy | A | Dividend | | | Sold | 1/4 | J | B | |
| 113. Stock - Vodafone Group | A | Dividend | | | Sold (part) | 6/30 | J | A | |
| 114. | | | | | Sold | 7/18 | J | A | |
| 115. Stock - McKesson Corp. | A | Dividend | J | T | | | | | |
| 116. Stock - Autoliv Inc. | A | Dividend | J | T | | | | | |
| 117. Stock - General Motors | A | Dividend | | | Sold | 7/24 | J | A | |
| 118. Stock - Macy's Inc. | A | Dividend | J | T | | | | | |
| 119. Stock - Supervalue | | None | | | Sold | 1/4 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N. | 05/04/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | Type (e.g., buy, sell, redemption) | Date Month - Day | Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | Identity of buyer/seller (if private transaction) |
| 120. Stock - VF Corp. | A | Dividend | | | Sold | 8/5 | J | A | |
| 121. Stock - Alcoa Inc. | A | Dividend | | | Sold | 5/22 | J | A | |
| 122. Stock - Dow Chemical | A | Dividend | | | Sold | 1/4 | J | A | |
| 123. Stock - Caterpillar Inc. | A | Dividend | J | T | Sold (part) | 4/1 | J | A | |
| 124. Stock - Parker-Hannifin | A | Dividend | | | Sold | 5/22 | J | A | |
| 125. Stock - Terex Corp. | | None | | | Sold | 4/4 | J | A | |
| 126. Stock - Tyco Intl | A | Dividend | J | T | | | | | |
| 127. Stock - Royal Dutch | A | Dividend | J | T | Buy (add'l) | 4/3 | J | | |
| 128. | | | | | Buy (add'l) | 4/4 | J | | |
| 129. Stock - KB Home | | None | | | Sold | 1/4 | J | A | |
| 130. Stock - Allstate Corp. | | None | | | Sold | 1/4 | J | A | |
| 131. Stock - Deutsche Bank | | None | | | Sold | 1/4 | J | A | |
| 132. Stock - Fidelity | | None | | | Sold | 1/4 | J | A | |
| 133. Stock - American Electric | | None | | | Sold | 2/12 | J | A | |
| Stock - AT&T Inc. (Y) | | | | | | | | | |
| 135. Stock - AT&T Inc. (Y) | | | | | | | | | |
| 136. Stock - Vodafone Group | A | Dividend | | | Sold | 1/4 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N. | 05/04/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Stock - Vodafone Group (Y) | | | | | | | | | |
| 138. Stock - McKesson Corp. | A | Dividend | | | Sold | 1/4 | J | A | |
| 139. Stock - McKesson Corp. | A | Dividend | J | T | Sold (part) | 11/4 | J | A | |
| 140. Stock - Pfizer Inc. (Y) | | | | | | | | | |
| 141. Stock - General Motors | | None | | | Sold | 1/4 | J | A | |
| 142. Stock - Macy's Inc. | A | Dividend | J | T | | | | | |
| 143. Stock - Macy's Inc. | A | Dividend | | | Sold | 1/4 | J | A | |
| 144. Stock - Supervalu Inc. | A | Dividend | J | T | Buy (add'l) | 4/11 | J | | |
| 145. Stock - Arcelormittal | | None | | | Sold | 1/4 | J | A | |
| 146. Stock - Dow Chemical | A | Dividend | | | Sold (part) | 5/14 | J | A | |
| 147. | | | | | Sold | 12/11 | J | A | |
| 148. Stock - Caterpillar | | None | | | Sold | 1/4 | J | A | |
| 149. Stock - Caterpillar (Y) | | | | | | | | | |
| 150. Stock - Ingersoll-Rand | | None | | | Sold | 1/4 | J | A | |
| 151. 'Stock - Northrop Grumman | | None | | | Sold | 1/4 | J | A | |
| 152. Stock - Northrop Grumman (Y) | | | | | | | | | |
| 153. Stock - Parker-Hannifin | | None | | | Sold | 1/4 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N. | 05/04/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Stock - Terex Corp. | | None | | | Sold | 1/4 | J | A | |
| 155. Stock - Tyco Intl (Y) | | | | | | | | | |
| 156. Stock - Tyco Intl | | None | | | Sold | 1/4 | J | A | |
| 157. Stock - Flextronics Intl (Y) | | | | | | | | | |
| 158. Stock - IBM | | None | | | Sold | 1/3 | J | A | |
| 159. Stock - Nokia Corp. (Y) | | | | | | | | | |
| 160. Stock - Nokia Corp. (Y) | | | | | | | | | |
| 161. Stock - BP - PLC | | None | | | Sold | 1/4 | J | A | |
| 162. Stock - BP - PLC | A | Dividend | J | T | Sold (part) | 12/5 | J | A | |
| 163. Stock - Chevron Corp. | A | Dividend | J | T | | | | | |
| 164. Stock - Chevron Corp. | | None | | | Sold | 1/4 | J | B | |
| 165. Stock - ConocoPhillips | | None | | | Sold | 1/4 | J | A | |
| 166. Stock - ConocoPhillips | A | Dividend | J | T | | | | | |
| 167. Stock - Exxon Mobil | | None | | | Sold | 1/4 | J | B | |
| 168. Stock - Exxon Mobil | A | Dividend | J | T | Sold (part) | 8/12 | J | A | |
| 169. | | | | | Sold (part) | 9/4 | J | A | |
| 170. Stock - Marathon Oil | | None | | | Sold | 1/4 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N. | 05/04/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Stock - Marathon Oil | A | Dividend | | | Sold | 6/17 | J | A | |
| 172. Stock - Royal Dutch Shell | | None | | | Sold | 1/4 | J | A | |
| 173. Stock - Travelers | A | Dividend | J | T | | | | | |
| 174. Stock - JP Morgan | A | Dividend | J | T | Buy (add'l) | 1/7 | J | | |
| 175. | | | | | Buy (add'l) | 2/26 | J | | |
| 176. Stock - Amerisource Bergen Corp. | | None | | | Sold | 1/4 | J | A | |
| 177. Stock - Covidien LTD | | None | | | Sold | 1/4 | J | A | |
| 178. Bernstein Diversified Municiple Portfolio | B | Dividend | K | T | | | | | |
| 179. Stock - Covidien LTD | | None | | | Sold | 1/29 | J | A | |
| 180. Bernstein Intermediate Duration Portfolios | D | Dividend | M | T | Sold (part) | 9/26 | K | A | |
| 181. | | | | | Sold (part) | 12/3 | K | A | |
| 182. Stock - Fifth Third Bancorp. | A | Dividend | J | T | Buy | 9/26 | J | | |
| 183. Stock - Gannett Co. | A | Dividend | J | T | Buy | 6/6 | J | | |
| 184. Stock - Bristol-Myers Squibb Co. | A | Dividend | J | T | Buy | 12/3 | J | | |
| 185. Stock - Sanofi Synthelabo | A | Dividend | J | T | Buy | 12/19 | J | | |
| 186. Stock - Wyeth | A | Dividend | J | T | Buy | 8/22 | J | | |
| 187. | | | | | Buy (add'l) | 12/3 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N. | 05/04/2009 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.   Stock - Cardinal Health Inc. | A | Dividend | J | T | Buy | 4/23 | J | | |
| 189. | | | | | Buy (add'l) | 9/26 | J | | |
| 190.   Stock - Tyson Foods Inc. - CL A | A | Dividend | J | T | Buy | 12/22 | J | | |
| 191.   Stock - Archer-Daniels-Midland Co. | | None | J | T | Buy | 12/18 | J | | |
| 192.   Stock - Toyota Motor Corp. | A | Dividend | J | T | Buy | 8/14 | J | | |
| 193.   Stock - JC Penney Co. Inc. | A | Dividend | J | T | Buy | 2/7 | J | | |
| 194. | | | | | Buy (add'l) | 12/11 | J | | |
| 195.   Stock - Safeway Inc. | A | Dividend | J | T | Buy | 9/26 | J | | |
| 196.   Stock - TJX Companies Inc. | | None | J | T | Buy | 12/19 | J | | |
| 197.   Stock - Eastman Chemical Co. | A | Dividend | J | T | Buy | 9/26 | J | | |
| 198.   Stock - General Electric Co. | A | Dividend | J | T | Buy | 9/26 | J | | |
| 199.   Stock - Corning Inc. | | None | J | T | Buy | 12/2 | J | | |
| 200.   Stock - Nokia Corp. | | None | J | T | Buy | 12/3 | J | | |
| 201.   Stock - Ericsson LM TEL Co. | | None | J | T | Buy | 9/9 | J | | |
| 202.   Stock - Motorola Inc. | A | Dividend | J | T | Buy | 6/12 | J | | |
| 203. | | | | | Buy (add'l) | 9/26 | J | | |
| 204.   Stock - Dell Inc. | | None | J | T | Buy | 12/3 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N. | 05/04/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Stock - Western Digital Corp. | | None | J | T | Buy | 5/19 | J | | |
| 206. | | | | | Buy (add'l) | 5/28 | J | | |
| 207. Stock - Apache Corp. | A | Dividend | J | T | Buy | 6/23 | J | | |
| 208. | | | | | Buy (add'l) | 6/26 | J | | |
| 209. | | | | | Buy (add'l) | 8/1 | J | | |
| 210. Stock - Devon Energy Corp. | A | Dividend | J | T | Buy | 8/7 | J | | |
| 211. Stock - Occidental Petroleum Corp. | | None | J | T | Buy | 12/3 | J | | |
| 212. Stock - Centex Corp. | | None | | | Buy | 6/13 | J | | |
| 213. Stock - Centex Corp. | | None | | | Sold | 12/17 | J | A | |
| 214. Stock - DR Horton Inc. | | None | | | Buy | 1/17 | J | | |
| 215. Stock - DR Horton Inc. | | None | | | Sold | 1/29 | J | A | |
| 216. Stock - Hartford Financial Services Group | A | Dividend | J | T | Sold (part) | 12/10 | J | A | |
| 217. Stock - Amgen Inc. | | None | J | T | Sold (part) | 8/26 | J | A | |
| 218. | | | | | Sold (part) | 8/28 | J | A | |
| 219. Stock - Ashland Inc. | A | Dividend | | | Buy | 4/1 | J | | |
| 220. Stock - Ashland Inc. | A | Dividend | | | Sold | 12/5 | J | A | |
| 221. Stock - Du Pont | A | Dividend | | | Buy | 1/7 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N. | 05/04/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Stock - Du Pont | A | Dividend | | | Sold | 11/19 | J | A | |
| 223. Stock - Ryder Systems Inc. | A | Dividend | | | Buy | 5/16 | J | | |
| 224. Stock - Ryder Systems Inc. | A | Dividend | | | Sold | 11/4 | J | A | |
| 225. Stock - Morgan Stanley | | None | | | Sold | 1/4 | J | A | |
| 226. Stock - Verizon Communications | | None | | | Sold | 1/4 | J | A | |
| 227. Bernstein Tax Managed Fund | A | Dividend | | | Buy | 1/7 | K | | |
| 228. Bernstein Tax Managed Fund | A | Dividend | | | Sold (part) | 7/30 | K | A | |
| 229. | | | | | Sold (part) | 10/15 | K | A | |
| 230. | | | | | Sold | 12/18 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N. | 05/04/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part I.   Positions. ████████, is a Subchapter S Corporation wholly-owned and operated ███████ The company publishes and distributes educational picture cards.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544